UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Desmond, et al.**

    **v.**                                    Case No. 06-cv-264-PB

**Notinger, et al.**

### O R D E R

The case shall be statistically closed until further order of the court.  The parties shall jointly move to reopen or otherwise inform the court of the disposition of the case upon the conclusion of pending matters in the Bankruptcy Court.  Until then, a joint status report shall be filed every 90 days.

    SO ORDERED.

                                                   /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

August 11, 2007

cc:   William S. Gannon, Esq.
       Deborah Ann Notinger, Esq.
       William B. Pribis, Esq.
       US Bankruptcy Court-NH Clerk
       Geraldine L. Karonis, Esq.